UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____
**DAVID MCKITHEN,**

              9:15-cv-1109
     **Plaintiff,**      (GLS/DJS)

   v.

**L. SEERY et al.,**

     **Defendants.**
_____
**APPEARANCES:**        **OF COUNSEL:**

**FOR THE PLAINTIFF:**
David McKithen
*Pro Se*
14-B-0191
Southport Correctional Facility
P.O. Box 2000
Pine City, NY 14871

FOR THE DEFENDANTS:
Hon. Eric T. Schneiderman    JUSTIN L. ENGEL
New York State Attorney General  Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

  On January 29, 2016, the court ordered plaintiff to notify the court by

February 11, 2016 of his current address and/or verify that his mailing

address is as listed in the caption of this Order. (Dkt. No. 20 at 5.) The court warned plaintiff that his failure to comply with the Order would result in dismissal, and a copy of the Order was sent to plaintiff's last known address. (*Id.*) Plaintiff has failed to so notify the court.

Accordingly, it is hereby

**ORDERED** that this action is **DISMISSED** for plaintiff's failure to notify the court of his address change, for failure to prosecute, and failure to comply with the court's Order; and it is further

**ORDERED** that the Clerk serve this Decision and Order on the plaintiff at his last known address and on all other parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

February 16, 2016
Albany, New York

Gary L. Sharpe
U.S. District Judge